IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**TRACY BARONE,**

    **Plaintiff,**

v.                               Case No. 1:21-cv-00068-SMV

**KILOLO KIJAKAZI,**
**Acting Commissioner of the Social Security Administration,**

    **Defendant.**

**STIPULATED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY
TO RESPONSE TO MOTION TO REVERSE OR REMAND**

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion for Extension of Time to File Plaintiff's Reply to Response to Motion to Reverse or Remand (Doc. 26). The Court, having reviewed the motion and being otherwise fully advised, FINDS that the motion is well-taken and is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall have until January 19, 2022, to file her Reply to response to Motion to Reverse or Remand.

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

RESPECTFULLY SUBMITTED BY:

<u>/s/Benjamin Decker</u>
P.O. Box 92740
Albuquerque, NM 87199
P (505) 369-6272
F (505) 859-7713
ben@deckerlawoffice.com
*Attorney for Plaintiff Tracy Barone*


APPROVED BY:

<u>/s/  12/20/2021</u>
Laura Holland, on behalf of Brian Baak
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel, Region VIII
1961 Stout Street, Suite 4169
Denver, CO 80294-4003
P (303) 844-7315
laura.holland@ssa.gov