IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TRACY BARONE,

    Plaintiff,

v.                                                                                                                        No. 21-cv-0068 SMV

KILOLO KIJAKAZI,[1]
**Acting Commissioner of the Social Security Administration,**

    Defendant.

## JUDGMENT

Having granted Plaintiff's Opposed Motion to Reverse and/or Remand [Doc. 19], in a Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**

---

[1] Kilolo Kijakazi is the current Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Commissioner Andrew Saul as the Defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) (2012).